

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-20-2002

# In Re: Allpoints

Precedential or Non-Precedential:

Docket 1-1751

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"In Re: Allpoints" (2002). *2002 Decisions.* Paper 139.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/139

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-1751

IN RE:

ALLPOINTS WAREHOUSING IN LIQUIDATION, INC.,
a Delaware corporation,

Debtor

JEOFFREY L. BURTCH,

Trustee

v.

GERALD WENDEL, a/k/a Jerry Wenden;
STUART LICHTER; BARRY LANG;
THOMAS BOPP; MBJR TRUST;
QUADRELLE REALTY SERVICES, a division of
Quadrelle Group, Inc., a New York corporation;
WILENTZ, GOLDMAN & SPITZER, P.C.

Jeoffrey L. Burtch, Chapter 7 Trustee,

Appellant

On Appeal from the United States District Court
for the District of Delaware
Civil Action No. 00-00217
District Judge: Honorable Sue L. Robinson

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 11, 2002

Before: MANSMANN, McKEE & BARRY, Circuit Judges

(Filed: February 19, 2002)

MEMORANDUM OPINION

McKee, Circuit Judge.

Jeoffrey L. Burtch, as Chapter 7 Trustee for Allpoints Warehousing in
Liquidation,

Inc., the debtor, appeals the order of the United States District Court for the District of Delaware granting summary judgment for defendants Gerald Wendel, a/k/a/ Jerry Wenden, Stuart Lichter, Barry Lang, Harvey C. Zorn, Thomas Bopp, The MBJR Trust, Quadrelle Realty Services, and Wilentz, Goldman & Spitzer, P.C. As we write only for the parties, we need not set forth the factual or procedural background of this appeal. We have reviewed the thoughtful Memorandum Opinion of the District Court dated March 13, 2001, which accompanied the order that is the subject of this appeal. For the reasons set forth in that opinion, we will affirm the district court's order granting the Defendants' Motions for Summary Judgment dated March 13, 2001.

TO THE CLERK:
Please file the foregoing opinion.

                                        BY THE COURT:


                                        /s/Theodore A. McKee
                                        Circuit Judge